# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| EHSAN JAMSHIDI, | ) Case No. 1:22-MJ-303 |
|  | ) |
|  | ) **UNDER SEAL** |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 14, 2021 - October 4, 2021** in the city/county of _____

in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(o) | Possession of an unregistered machine gun. |

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Nicholas J. Patterson
*Printed name and title*

*Complainant's signature*

Digitally signed by CHRISTOPHER HAAS
Date: 2022.11.03 14:40:03 -04'00'

Christopher P. Haas, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 11/04/2022

City and state: Alexandria, Virginia

*Judge's signature*

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*