# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

**FILED**

2022 NOV 10 P 2:35

United States of America
v.
EHSAN JAMSHIDI,

Defendant

Case No. 1:22-MJ-303

**UNDER SEAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EHSAN JAMSHIDI,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) - Possession of an unregistered machine gun.

Date: 11/04/2022

*William E. Fitzpatrick*
Issuing officer's signature

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/04/2022, and the person was arrested on *(date)* 11/10/2022
at *(city and state)* Quantico, VA.

Date: 11/10/2022

*Arresting officer's signature*

CHRISTOPHER HAAS SA, ATF
*Printed name and title*